UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | : | No. 2:19-mc-00149 |
|---|---|---|
| IN RE: NOVARTIS and PAR ANTITRUST LITIGATION | : : : : | |

# **O R D E R**

**AND NOW**, this 5th day of November, 2019, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Plaintiffs' Motion to Transfer, or in the alternative, Motion to Compel ECF No. 1,

    is **DENIED in part and GRANTED in part** as follows:

    a. The request to transfer is denied.

    b. Requests Two, Seven, Twelve, and Thirteen of Plaintiffs' subpoena is granted. Alembic may provide summaries of this material where it deems fit.

    c. Requests One, Three, Four, and Five of Plaintiffs' subpoena is denied.

2. The parties **SHALL** abide by the Stipulated Protective Order issued in the Southern District of New York. However, material deemed "Highly Confidential" shall only be seen by the parties' outside counsel.

3. Alembic **SHALL** bear the costs of producing the documents.

4. This case is **CLOSED**.

                                    BY THE COURT:


                                    */s/ Joseph F. Leeson, Jr.*_____
                                    JOSEPH F. LEESON, JR.
                                    United States District Judge